Thomas **COSTA** and Karen Costa, and Elmtowne Gardens, LLC, Petitioners

v.

**CITY OF ALLENTOWN, Respondent**

**No. 216 MAL 2017**

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

**AND NOW**, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

Antoine **DAVIS, Petitioner**

**No. 260 EAL 2017**

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

**AND NOW**, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

Tiana **PETTY, Individually and as Parent and Natural Guardian of Tatiana Smith, a Minor and Roshina Glover and Tashara Hancock, Individually and as Parent and Natural Guardian of Taryn Fowler, a Minor, Petitioners**

v.

**FEDERATED MUTUAL INSURANCE COMPANY, Respondent**

**No. 117 WAL 2017**

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

**AND NOW**, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.